# Exhibit A

| Seller Aliases | Email(s) |
| --- | --- |
| Hengxing Mineral Water Co., Ltd | 15990558518@163.com |
| CRAEDLI | chenjunlian668@163.com |
| maokaihyn | chenlishi2026@outlook.com |
| ZhengZhouCengQiShangMaoYouXianGongSi | hedfsrh@163.com |
| SHINYTE CATALINE | iris@pinkfancy.net |
| LucyLiu | lucyliumaoyi@163.com |
| XCSMH | micangsmh@163.com |
| rigenpt | pengtao251229@outlook.com |
| TRANTHUTRANGDDDT | tthutrang712@gmail.com |
| yunguanzhichuang | yunguanchuangzhi@126.com |
| Fall in love with life22 | 13433714350@163.com |
| shangli-A | biantuimyh8@163.com |
| good789 | fubi827756@126.com |
| leielicoin | kuangdesunree27@163.com |
| ok336699 | liaoshan7661465@yeah.net |
| ljh111 | ljh85201@outlook.com |
| ljhdedian01 | ljh8520101@outlook.com |
| Swarovski-Luxury Jewelry | msldhz@163.com |
| huangmeixianyinqish_0 | nwxqscr@163.com |
| 316l-steeljewelry | witayajew@outlook.com |
| Jewelry wholesale2024 | zhangcong8888@outlook.com |
| MingYuan | 122404688@qq.com |
| ALBA GLOW | 13249177999@163.com |
| RussellCase | 1835575468@qq.com |
| SCC Case | 485628562@qq.com |
| | shelly@cheng-ip.com |
| | jeffrey.liu@usatro.com |